1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 FABRICE FORGET,                        )
                                          ) No. C 08-0673 MMC
13              Plaintiff,                )
                                          )
14         v.                             )
                                          ) **STIPULATED DISMISSAL and**
15 MICHAEL CHERTOFF, Secretary;           ) **[PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director, CIS;     )
16 ROSEMARY MELVILLE, District Director,  )
   Department of Homeland Security;       )
17 ROBERT S. MUELLER, Director,           )
   Federal Bureau of Investigations,      )
18                                        )
                Defendants.               )
19 _____)

20     Plaintiff, by and through his attorneys of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

22 entitled action without prejudice in light of the fact that the United States Citizenship and

23 Immigration Services adjudicated Plaintiff's application for naturalization.

24 ///

25 ///

26 ///

27

28

Stipulated Dismissal
C08-0673 MMC                              1

1 | The parties shall bear their own costs and fees.

2 | Dated: February 25, 2008            Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 | _____/s/_____
ILA C. DEISS[1]
6 | Assistant United States Attorney

7 | Dated: February 25, 2008

8 | _____/s/_____
EDWARD R. LITWIN
9 | CHRISTINA H. LEE
Attorneys for Plaintiff

10 |

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 | Date: _____
MAXINE M. CHESNEY
15 | United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal
C08-0673 MMC                              2