1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 FABRICE FORGET,                     )
                                        )  No. C 08-0673 MMC
13            Plaintiff,                )
                                        )
14     v.                               )
                                        )  **STIPULATED DISMISSAL and**
15 MICHAEL CHERTOFF, Secretary;         )  **[PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director, CIS;   )
16 ROSEMARY MELVILLE, District Director,)
   Department of Homeland Security;     )
17 ROBERT S. MUELLER, Director,         )
   Federal Bureau of Investigations,    )
18                                      )
              Defendants.               )
19 _____ )

20     Plaintiff, by and through his attorneys of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

22 entitled action without prejudice in light of the fact that the United States Citizenship and

23 Immigration Services adjudicated Plaintiff's application for naturalization.

24 ///

25 ///

26 ///

27

28

Stipulated Dismissal
C08-0673 MMC                                    1

1  The parties shall bear their own costs and fees.

2  Dated: February 25, 2008                    Respectfully submitted,

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
4

5                                              _____/s/_____
                                               ILA C. DEISS[1]
6                                              Assistant United States Attorney

7  Dated: February 25, 2008

8                                              _____/s/_____
                                               EDWARD R. LITWIN
9                                              CHRISTINA H. LEE
                                               Attorneys for Plaintiff
10

11                              **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date:  February 26, 2008                   _____
                                               MAXINE M. CHESNEY
15                                             United States District Judge

---

27  [1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal
C08-0673 MMC                                   2